PROB 12B
(7/93)

Report Date: February 24, 2006

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Collier                    Case Number: 2:99CR00029-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/15/1999              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)

Date Supervision Commenced: 2/14/2005

Original Sentence: Prison - 70 Months; TSR - 36 Months

Date Supervision Expires: 2/13/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

20    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On January 27, 2006, Robert Collier was arrested and cited for physical control of a vehicle while under the influence of intoxicants. He was found to have a blood alcohol content of .089 and .088. Charges remain pending in Spokane Municipal Court. Through discussion with Mr. Collier he does not feel he has a problem with alcohol consumption despite the recent alleged offense. He has agreed that the listed additional conditions are appropriate and has signed the attached waiver of hearing to modify his conditions.

Respectfully submitted,

by _____
Richard B. Law
U.S. Probation Officer
Date: February 27, 2006

Prob 12B
**Re: Collier, Robert
February 24, 2006
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

2/28/06
_____
Date