PROB 12A  
(7/93)

Report Date: March 14, 2006

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 21 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Robert Collier | Case Number: 2:99CR00029-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 10/15/1999 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) | Date Supervision Commenced: 2/14/2005 |
| Original Sentence: Prison - 70 Months; TSR - 36 Months | Date Supervision Expires: 2/13/2008 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On March 1, 2006, Robert Collier submitted a urine specimen at Second Chance Testing Center. Said specimen was confirmed positive for cocaine at Scientific Testing Laboratories on March 9, 2006. |

**U.S. Probation Officer Action**:

On March 13, 2006, the undersigned officer confronted the defendant regarding his urine specimen submitted on March 1, 2006. Mr. Collier denied consuming cocaine, and could not explain why his specimen was confirmed positive for said substance.

Per review of the defendant's substance abuse history and record of urine specimens submitted through the U.S. Probation Office, this appears to be an isolated event. Mr. Collier remains subject to weekly random urinalysis submission. There have not been any additional positive urinalysis tests submitted by Mr. Collier since March 1, 2006.

Prob12A
Re: Collier, Robert
March 14, 2006
Page 2

At this time the undersigned officer is requesting no action be taken regarding this alleged drug use pending the defendant's ongoing compliance.

Respectfully submitted

by _____
Richard B. Law
U.S. Probation Officer
Date: March 14, 2006

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3/21/06
_____
Date