PROB 12B
(7/93)

Report Date: November 30, 2007

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 03 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Collier

Case Number: 2:99CR00029-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/15/1999

Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)

Date Supervision Commenced: 02/14/2005

Original Sentence: Prison - 70 Months; TSR - 36 Months

Date Supervision Expires: 02/13/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21     You shall participate in the home confinement program for until February 13, 2008. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

On November 24, 2007, Spokane police responded to a one-car vehicle accident. They contacted the driver of the vehicle who was identified as Robert Collier. Upon contacting, officers observed Mr. Collier's eyes were bloodshot, and the odor of intoxicants were detected coming from him. He admitted to officers that he had alcohol drinks earlier on that date. After failing a field sobriety test, Mr. Collier was taken into custody for the offense of driving under the influence of intoxicants. While at the police station waiting to submit to a blood alcohol content test, Mr. Collier urinated in the testing room. He was then transported to the county jail to be booked into custody where he fought with corrections officers. Mr. Collier later posted bond and was released. Charges remain pending in Spokane Municipal Court for driving under the influence of intoxicants.

As charges remain pending, and Mr. Collier's term of supervision is scheduled to expire on February 13, 2008, the proposed modification appears appropriate to address the noted violation conduct and would restrict Robert Collier's activities in the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/30/07

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/3/07

Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21  You shall participate in the home confinement program for until February 13, 2008. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____
Richard B. Law
U.S. Probation Officer

Signed: _____
Robert Collier
Probationer or Supervised Releasee

November 30, 2007
Date